# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

SANNOH Y. KAMARA AND
KARIMA KAMARA,

      Plaintiffs,

    v.

FORD MOTOR COMPANY; and
DOES 1 through 10, inclusive,

      Defendants.

Case No. 5:26-cv-03035-NW

Hon. Noel Wise

~~[PROPOSED]~~ **JUDGMENT**

The Court, having considered Plaintiffs' Request for Entry of Judgment and finding good cause therefore, hereby GRANTS the Entry of Judgment and ORDERS as follows:

1. Plaintiffs SANNOH Y. KAMARA AND KARIMA KAMARA ("Plaintiffs") accepted FORD MOTOR COMPANY's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on May 13, 2026.

2. Accordingly, the Court enters JUDGMENT in favor of Plaintiffs in the amount of $52,000.00 pursuant to the terms of the Rule 68 Offer.

    **IT IS SO ORDERED.**

Date: ___June 9, 2026___

_____
Hon. Noel  Wise
UNITED STATES DISTRICT JUDGE

1

~~[PROPOSED]~~ JUDGMENT